WILHELMINA ARCHIMEDE, Appellant, v. CHARLES KLAISS and Another, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANNIE AXELROAD, as Executrix, etc., of CHARLES AXELROAD, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANNA BARDASH, Respondent, v. AUSTIN SMITH, Defendant, and JACOB SKLAREW, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOSEPH H. BOHR, Respondent, v. CHARLES S. MERRITT and Others, Defendants, and CHARLES MEUSER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MORRIS CAESAR, Appellant, v. H. S. CHARDAVOYNE, INC., Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

GLADYS CEKALA, an Infant, etc., Respondent, v. KATHRYN MENTZINGER and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARY CELENTANO and Another, Appellants, v. THE CITY OF NEW YORK, Respondent, and Others, Defendants.— Motion for reargument granted, and on reargument plaintiffs' default opened, motion to dismiss appeal denied and order dismissing appeal vacated. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ALBERT HEILBRONN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent. ALBERT HEILBRONN, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Motions for reargument denied, with one bill of ten dollars costs. Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LEON HORLICK, Appellant, v. HARRY HORLICK, Respondent.— Motion to resettle order of December 21, 1934 [*ante*, p. 559], granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.